# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR IBANEZ,<br><br>                    Petitioner,<br><br>v.<br><br>T. FELKER, Warden,<br><br>                    Respondent. | Civil No.   07cv1211-BEN (POR)<br><br>**ORDER DENYING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE**<br><br>**[Doc. No. 8.]** |

On July 2, 2007, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On August 24, 2007, Respondent filed a motion for a 30 day enlargement of time to respond to the petition. On August 27, 2007, the Court granted Respondent's motion for enlargement of time and ordered that Respondent file a motion to dismiss or Answer by September 26, 2007. On September 24, 2007, Respondent filed another motion for 30 day enlargement of time to file a response.

After a review of the motion, the Court does not find good cause to grant the motion. Accordingly, the Court DENIES Respondent's motion for enlargement of time to file a response. However, in the interests of justice, the Court shall grant Respondent an additional week to file a response. Respondent shall file and serve an answer to the Petition or a motion to dismiss pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **October 3, 2007**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The

lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**."

2.     Petitioner may file a traverse to matters raised in the answer, or opposition to any motion to dismiss, no later than **November 2, 2007**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed 10 pages in length absent advance leave of Court for good cause shown.

3.     A request by a party for an extension of time within which to file any of the pleadings required by this Order **should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause**. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4.     Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

**IT IS SO ORDERED.**

DATED: September 24, 2007

_____
LOUISA S PORTER
United States Magistrate Judge