FILED

AUG 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR IBANEZ,<br><br>                         Petitioner,<br>vs.<br><br>T FELKER, Warden,<br><br>                        Respondent. | CASE NO. 07cv1211-BEN (POR)<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br>[Doc. No. 17] |

This is a Petition for Writ of Habeas Corpus. Respondent has moved to dismiss the Petition as untimely. On August 1, 2008, Magistrate Judge Louisa S. Porter issued a Report and Recommendation recommending that the Motion to Dismiss be denied. No objections have been filed. For the reasons stated below, the Court adopts the well-reasoned Report and Recommendation of the Magistrate Judge and denies Respondent's Motion to Dismiss.

A district judge "may accept, reject, or modify the recommended decision" of a Magistrate Judge on a dispositive matter. F.R.C.P. 72(b); *see also* 28 U.S.C. §636(b)(1). Moreover, "the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise . . . . Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert denied*, 157 L.Ed.2d 182 (2003) (emphasis in

1  original).

2      In the Report and Recommendation, the Magistrate Judge correctly considered the
3  Respondent's arguments and determined that the Petition is not statutorily time-barred. This Court
4  adopts in full the Report and Recommendation. Accordingly, Respondent's Motion to Dismiss is
5  DENIED.

6      IT IS SO ORDERED.

7  
8  DATED: 8/22/08

                            Hon. Roger T. Benitez
                            United States District Judge